1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6

7

8              IN THE UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | 2:15-MC-00005-TLN-KJN
12 |         Plaintiff,
13 |    v.                     | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE
14 | APPROXIMATELY $15,020.00 IN U.S. CURRENCY, and
15 |
16 | APPROXIMATELY $14,000.00 IN U.S. CURRENCY,
17 |         Defendants.

18

19     It is hereby stipulated by and between the United States of America and potential claimants Ricky

20 Wise ("claimants" or "Wise") and Valencia C. Hawthorne ("claimants" or "Hawthorne"), by and

21 through their respective counsel, as follows:

22     1.     On or about October 15, 2014, claimants Wise and Hawthorne filed claims in the

23 administrative forfeiture proceeding with the Drug Enforcement Administration with respect to the

24 Approximately $15,020.00 in U.S. Currency (the "Wise defendant currency") and

25 Approximately $14,000.00 in U.S. Currency (the "Hawthorne defendant currency" and

26 together with the Wise defendant currency, collectively, the "defendant currency"), which

27 was seized on or about July 31, 2014.

28     2.     The Drug Enforcement Administration has sent the written notice of intent to forfeit

                                      1
                                                    Stipulation and Order to Extend Time

1  required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any
2  person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other
3  than claimant has filed a claim to the defendant currency as required by law in the administrative
4  forfeiture proceeding.

5        3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for
6  forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant
7  currency is subject to forfeiture within ninety days after a claim has been filed in the administrative
8  forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the
9  parties.  That deadline is January 13, 2015.

10       4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to
11 March 13, 2015, the time in which the United States is required to file a civil complaint for forfeiture
12 against the defendant currency and/or to obtain an indictment alleging that the defendant currency is
13 subject to forfeiture.
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

Stipulation and Order to Extend Time

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to March 13, 2015.

Dated: 1/9/2015           BENJAMIN B. WAGNER
                          United States Attorney


                    By:   /s/ Kevin C. Khasigian
                          KEVIN C. KHASIGIAN
                          Assistant U.S. Attorney


Dated: 1/9/2015           /s/ Robert E. Webb
                          ROBERT E. WEBB
                          Attorney for potential claimants
                          Ricky Wise
                          Valencia C. Hawthorne

                          (Authorized via e-mail)


**IT IS SO ORDERED**.

Dated: January 14, 2015

Troy L. Nunley
United States District Judge

Stipulation and Order to Extend Time